```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
AJAY SURESH,

                Plaintiff,

-against-

COOPER & COOPER REAL ESTATE LLC,

                Defendant.

24 Civ. 8224 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 31, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by December 31, 2024. ECF No. 9. On December 11, 2024, pursuant to a request by the parties, the Court extended the deadline to file these submissions to February 14, 2025. ECF No. 15. That deadline has now passed.

    Accordingly, by **March 7, 2025**, the parties shall submit their joint letter and proposed case management plan. Plaintiff is advised that failure to comply with the Court's orders may result in dismissal pursuant to Federal Rule of Civil Procedure 41(b).

    SO ORDERED.

Dated: February 18, 2025
       New York, New York

                                        ANALISA TORRES
                                     United States District Judge